COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Rescue Concepts, Inc., Relator

Appellate case number:      01-15-00624-CV

Trial court case number:    2014-71749

Trial court:                270th District Court of Harris County

On July 22, 2015, relator, Rescue Concepts, Inc., filed a petition for a writ of mandamus seeking to vacate the respondent trial judge's July 13, 2015 order denying relator's motion to expunge *lis pendens*, to grant the relator's motion to expunge the *lis pendens* filed by the real party in interest, HouReal Corporation, and to tax costs against the real party in interest, HouReal Corporation.

On July 27, 2015, Rescue Concepts, Inc., filed a motion for expedited consideration. Accordingly, the Court **grants** the motion to expedite and requests a response to the petition for a writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response shall be filed **within 14 days** from the date of this order. *See* TEX. R. APP. P. 2, 52.4. The reply of Rescue Concepts, Inc., if any, shall be filed **within 7 days** of the date of the real party in interest's response.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                   Acting individually

Date: July 27, 2015